USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Patrick Fleming
_____

Write the full name of each plaintiff or petitioner.

-against-

Town of East Fishkill et al
_____

Write the full name of each defendant or respondent.

No. 25 CV 08734

**MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING**

**MEMO ENDORSED**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on 10/01/2025 (on-line).

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

   ■   a computer with internet access and a word processor

   type of computer I will be using: Lenovo ThinkPad X1 Yoga (Gen 5) i-7 Laptop

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

SDNY Rev: 10/4/18

type of word processor I will be using: __MS Office Pro 2021 (Word)__

■ an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

■ a scanner to convert documents that are only in paper format into electronic files

scanning equipment I will be using: __Epson ES-200 (USB)__

■ a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

version of PDF reader and writer that I will be using:
__Adobe Reader Version 25.001.20756__

■ a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

__10/29/2025__
Dated

Signature

__Patrick Fleming__
Name

__406 Saratoga Ln__        __Fishkill__        __NY__    __12524__
Address                          City                        State     Zip Code

__845-475-8383__                    __pfReal@gmail.com__
Telephone Number                      E-mail Address

The Court DENIES pro se Plaintiff's motion for permission for electronic filing without prejudice for failure to attach proof of completion of the Court's CM/ECF introduction course. The Clerk of Court is directed to mail of copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket. The Clerk of Court is further directed to terminate the motions at ECF Nos. 5 and 6.

Dated: November 25, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge