AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **1:25-cv-08734-UA**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Justino Bermudez**
was recieved by me on  **12/12/2025:**

[X]   I personally served the summons on the individual at **4 Neversink Dr, Newburgh, NY 12550** on **12/16/2025 at 3:40 PM**; or

[ ]   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

[ ]   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

[ ]    I returned the summons unexecuted because ; or

[ ]   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/17/2025

*Server's signature*

**Bryan Viltz**
*Printed name and title*

**25 Lakeview Ave.
Poughkeepsie, NY 12601**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Justino Bermudez with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a Hispanic male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs.  Wearing a winter cap.**




Tracking #: **0199585629**