Civil Action No.    1:25-CV-08734

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Bradford Kendall, County Clerk of Dutchess County**
was recieved by me on  **12/08/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Annmarie Dignan**, a person of suitable age and discretion who resides at **22 Market St, Poughkeepsie, NY 12601**, on **12/09/2025 at 10:38 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of  organization)*; or

☐    I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/09/2025

*Server's signature*

**Robert Trainor**
*Printed name and title*

**P.O. BOX 83
Clintondale, NY 12515**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons,  to Annmarie Dignan who identified themselves as the deputy county clerk, co-resident with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white female contact 55-65 years of age, 5'6"-5'8" tall and weighing 140-160 lbs with glasses.**



Tracking #: **0198397427**

