AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-08734-UA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Alexander Humphreys**
was recieved by me on **12/12/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☒   I left the summons at the individual's residence or usual place of abode with **Jane Doe**, a person of suitable age and discretion who resides at **52 Brandy Ln, Wappingers Falls, NY 12590**, on **12/13/2025 at 9:28 AM**, and mailed a copy to the individual's last known address; or

☐   I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/13/2025

*Server's signature*

**Adedayo Oyewole**
*Printed name and title*

**367 windsor hwy
248
new windsor, NY 12553**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to an individual who refused to give their name who identified themselves as the subject's spouse, co-resident. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 35-45 years of age, 5'6"-5'8" tall and weighing 160-180 lbs.**




Tracking #: **0199145540**