AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:25-cv-08734-UA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Town of East Fishkill**
was recieved by me on **12/12/2025:**

☐   I personally served the summons on the individual at *(place)* on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Peter Cassidy**, who is designated by law to accept service of process on behalf of **Town of East Fishkill** at **330 Route 376, Hopewell Junction, NY 12533** on **12/16/2025 at 1:23 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/17/2025

*Server's signature*

**Bryan Viltz**
*Printed name and title*

**25 Lakeview Ave.
Poughkeepsie, NY 12601**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT FOR VIOLATION OF CIVIL RIGHTS AND SUPPLEMENTAL STATE CLAIMS, to Peter Cassidy, Registered Agent with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 55-65 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with glasses.**




Tracking #: **0199560921**