**DECLARATION OF PATRICK FLEMING IN SUPPORT**

I, **Patrick Fleming**, declare as follows:

1. I am the Plaintiff in this action and submit this declaration in support of my Motion for an Extension of Time to Serve Process and for Permission to Add an Additional Defendant.

2. I commenced this action on **10/21/2025** by filing a Complaint in the United States District Court for the Southern District of New York.

3. I have successfully served several defendants in this action, including **The Town of East Fishkill**, **The County of Dutchess**, **Justino Bermudez**, **Jeanine DeVall**, **Alexander Humphreys**, **Kevin MacKay**, and **Gregory Stanis** and have filed proofs of service on the docket.

4. Despite diligent efforts, I have been unable to complete service on the remaining **defendant(s)]** due to due to multiple conflicting or incomplete addresses, absence of records by the County Clerk, unavailability, or evasive conduct of defendants.

5. On or about the date of filing the Complaint, I learned information indicating that **Derrick W. Cuccia** was directly involved in the conduct described in the Complaint and should be named as a defendant.

6. I have acted in good faith and with reasonable diligence in attempting to comply with the Federal Rules of Civil Procedure.

7. The requested extension of time and permission to add a defendant will not prejudice any party and will allow this case to be resolved on the merits.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **December 19, 2025**
Dutchess County, New York

_____
**Patrick Fleming**