AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    7:25-cv-08734-NSR

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (I))*

This summons for   **Gregory M. Stanis**
was recieved by me on  **12/13/2025:**

- [X] I personally served the summons on the individual at **245 Panorama Ct, Poughkeepsie, NY 12603** on **12/18/2025 at 2:00 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/18/2025

*Server's signature*

**Bryan Viltz**
*Printed name and title*

**25 Lakeview Ave.
Poughkeepsie, NY 12601**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS IN CIVIL ACTION, to Gregory M. Stanis with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white male contact 35-45 years of age, 5'8"-5'10" tall and weighing 200-240 lbs.**




Tracking #: **0199973096**