AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   1:25-CV-08734

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **Jeanine DeVall** was recieved by me on **12/02/2025:**

- [X] I personally served the summons on the individual at **40 Clearview Cir, Hopewell Junction, NY 12533** on **12/06/2025 at 6:22 PM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)*, who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:   12/07/2025

*Server's signature*

**Adedayo Oyewole**
*Printed name and title*

**367 windsor hwy
248
new windsor, NY 12553**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, Complaint; Summons, to Jeanine DeVall with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a black-haired white female contact 45-55 years of age, 5'6"-5'8" tall and weighing 180-200 lbs.**



Tracking #: **0198132224**

