Civil Action No.  1:25-CV-08734

# PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for  Kevin M. MacKay
was recieved by me on  12/03/2025:

- [x] I personally served the summons on the individual at **92 Rockledge Dr, Pleasant Valley, NY 12569** on **12/16/2025** at **9:13 AM**; or

- [ ] I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- [ ] I served the summons on *(name of individual)* , who is designated by law to accept service of process on behalf of *(name of organization)*; or

- [ ] I returned the summons unexecuted because ; or

- [ ] Other *(specify)*

My fees are $ 0 for travel and $ 75.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date:

_____
Server's signature

**Bryan Viltz**
Printed name and title

25 Lakeview Ave.
Poughkeepsie, NY 12601

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents, Complaint; Summons, to Kevin M. MacKay with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a white male contact 55-65 years of age, 5'10"-6'0" tall and weighing 140-160 lbs with a beard.




Tracking #: 0199485064