UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
PATRICK FLEMING,

                        Plaintiff,

   -against-

TOWN OF EAST FISHKILL, EAST FISHKILL POLICE DEPARTMENT ("EFPD"), EFPD Officers in their individual and official capacities including: CHRISTOPHER BELLINO, Chief, JUSTINO BERMUDEZ, Sgt., BRET A. FINLANCIA, Officer, ALEXANDER J. HUMPHREYS, Sgt., MATTHEW C. MALICAN, Officer, GREGORY M. STANIS, Lt., ALBERT J. TAURONE, Officer, BRENDAN J. WHITE, Officer, and John/Janes Does 1-10, COUNTY OF DUTCHESS, DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO"), DCSO Deputies in their individual and official capacities, including: JAMES G. FLANAGAN, Det., KIRK A. IMPERATI, Sheriff, JONATHAN T. SNOWDON, Sgt., and John/Jane Does 11-20, JEANINE A. DEVALL, private actor, KEVIN M. MACKAY, private actor,

                        Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

7:25:cv-08734

      PLEASE TAKE NOTICE, that the defendant County of Dutchess hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant and demands that a copy of the complaint and all papers in this action be served upon the undersigned at the office and post office address stated below.

DATED:    Poughkeepsie, NY
               December 23, 2025

                                                          Yours, etc.
                                                          SOKOLOFF STERN LLP

                                                          By: _____
                                                             KIMBERLY HUNT LEE
                                                              *Attorneys for County of Dutchess*
                                                              80 Washington Street, Suite 100
                                                              Poughkeepsie, NY 12601
                                                              Tel. (845) 262-6333

TO:   Patrick Fleming – *pro se*
      406 Saratoga Lane
      Fishkill, NY  12524