UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
PATRICK FLEMING,

                              Plaintiff,

         -against-

TOWN OF EAST FISHKILL; EAST FISHKILL
POLICE DEPARTMENT ("EFPD"); EFPD Officers
in their individual and official capacities including:
CHRISTOPHER BELLINO, Chief; JUSTINO
BERMUDEZ, Sgt.; BERT A. FINLANCIA,
Officer; ALEXANDER J. HUMPHREYS, Sgt.;
MATTHEW C. MALICAN, Officer; GREGORY
M. STANIS, Lt.; ALBERT J. TAURONE, Officer;
BRENDAN J. WHITE, Officer; and John/Jane
Does 1-10;

COUNTY OF DUTCHESS; DUTCHESS COUNTY
SHERIFF'S OFFICE ("DCSO"); DCSO Deputies in
their individual and official capacities, including:
JAMES G. FLANAGAN, Det.; KIRK A. IMPERATI,
Sheriff; JONATHAN T. SNOWDON, Sgt.; and John/
Jane Does 11-20;
JEANINE A. DEVALL, private actor;
KEVIN M. MACKAY, private actor,

                              Defendants.
------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 25-cv-08734

      PLEASE TAKE NOTICE that defendants, the TOWN OF EAST FISHKILL; EAST FISHKILL POLICE DEPARTMENT CHRISTOPHER BELLINO, JUSTINO BERMUDEZ, BERT A. FINLANCIA, ALEXANDER J. HUMPHREYS, MATTHEW C. MALICAN, GREGORY M. STANIS, ALBERT J. TAURONE and BRENDAN J. WHITE, hereby appear in the above-entitled action and that the undersigned has been retained as counsel for said defendants and demands that all papers in this action be served upon DRAKE LOEB PLLC, 555 Hudson Valley Avenue, Suite 100, New Windsor, New York 12553.

Dated: New Windsor, New York
      December 23, 2025

                                        Yours, etc.,

                                        DRAKE LOEB PLLC

By:   _____
                                   ADAM L. RODD, ESQ.
                                   *Attorneys for Defendants,*
                                   *TOWN OF EAST FISHKILL, EAST FISHKILL*
                                   *POLICE DEPARTMENT CHRISTOPHER*
                                   *BELLINO, JUSTINO BERMUDEZ, BERT A.*
                                   *FINLANCIA, ALEXANDER J. HUMPHREYS,*
                                   *MATTHEW C. MALICAN, GREGORY M.*
                                   *STANIS, ALBERT J. TAURONE and BRENDAN*
                                   *J. WHITE*
                                   555 Hudson Valley Avenue, Suite 100
                                   New Windsor, New York 12553
                                   Tel. No.: (845) 561-0550
                                   Email: arodd@drakeloeb.com

TO:    PATRICK FLEMING
         *Pro Se Plaintiff*
         406 Saratoga Lane
         Fishkill, New York 12524