UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
PATRICK FLEMING,

                                        Plaintiff,

                    -against-
                                                                    Case No.: 25-cv-08734

TOWN OF EAST FISHKILL; EAST FISHKILL
POLICE DEPARTMENT ("EFPD"); EFPD Officers
in their individual and official capacities including:
CHRISTOPHER BELLINO, Chief; JUSTINO
BERMUDEZ, Sgt.; BERT A. FINLANCIA,
Officer; ALEXANDER J. HUMPHREYS, Sgt.;
MATTHEW C. MALICAN, Officer; GREGORY
M. STANIS, Lt.; ALBERT J. TAURONE, Officer;
BRENDAN J. WHITE, Officer; and John/Jane
Does1-10;

COUNTY OF DUTCHESS; DUTCHESS COUNTY
SHERIFF'S OFFICE ("DCSO"); DCSO Deputies in
their individual and official capacities, including:
JAMES G. FLANAGAN, Det.; KIRK A. IMPERATI,
Sheriff; JONATHAN T. SNOWDON, Sgt.; and John/
Jane Does 11-20;
JEANINE A. DEVALL, private actor;
KEVIN M. MACKAY, private actor,

                                        Defendants.
-----------------------------------------------------------------------X

                    **CERTIFICATE OF SERVICE**

        I, ADAM L. RODD, being duly sworn, deposes and says:

        1.      I am not a party to this action, am over 18 years of age, and reside at Cornwall,
New York.

        2.      I hereby certify that on December 23, 2025, a true copy of the annexed NOTICE
OF APPEARANCE served in the following manner:

        3.      By e-filing the same *with the United States District Court, Southern District of New
York,* and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office
or official depository of the U.S. Postal Service within the State of New York, addressed to the
last known address of the addressee(s) as indicated below:

TO:   PATRICK FLEMING
      *Pro Se Plaintiff*
      406 Saratoga Lane
      Fishkill, New York 12524

_____
            ADAM L. RODD