RECEIVED
SDNY PRO SE OFFICE
2018 DEC 18 PM 3:46

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Patrick Fleming**
_____

Write the full name of each plaintiff or petitioner.

No. ~~08734~~ 25 CV 08734

-against-

**Town of East Fishkill et al**
_____

MOTION FOR PERMISSION FOR
ELECTRONIC CASE FILING

Write the full name of each defendant or respondent.

**MEMO ENDORSED**

I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I affirm under penalty of perjury that:

1. I have reviewed the Court's Electronic Case Filing Rules & Instructions, available at http://nysd.uscourts.gov/ecf_filing.php, and agree to abide by them.

2. I completed the Court's CM/ECF introduction course[1] on  December 18, 2025 .

3. I have submitted a Non-Attorney E-File Registration for the PACER system at https://www.pacer.gov/reg_nonatty.html.

4. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

5. I understand that if I am granted permission to participate in e-filing, I must file my documents electronically and I may not submit documents to the Pro Se Intake Unit for scanning and docketing.

6. I know how to convert a document to PDF-A format.

7. I have regular access to the technical requirements necessary to e-file successfully:

    - a computer with internet access and a word processor

    type of computer I will be using: Lenovo ThinkPad X1 Yoga (Gen 5) i-7 Laptop

---

[1] You may register for the course on the Court's website: http://nysd.uscourts.gov/ecf_training.php.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  12/23/2025

type of word processor I will be using: **MS Office Pro 2021 (Word)**

- an e-mail account (on a daily basis) to receive notifications from the Court and notices from the e-filing system

- a scanner to convert documents that are only in paper format into electronic files

    scanning equipment I will be using: **Epson ES-200 (USB)**

- a PDF reader and a PDF writer to convert word-processing documents into PDF format, the only electronic format in which documents can be e-filed

    version of PDF reader and writer that I will be using: **Adobe Acrobat v 25.001.20756**

- a printer or copier to create required paper copies such as chambers copies.

8. I understand that I must regularly review the docket sheet of the case so that I do not miss a filing.

9. I understand that if my use of the ECF system is unsatisfactory, my e-filing privileges may be revoked, and I will be required to file documents in paper.

December 18, 2025 — Dated

Signature: /s/ Patrick Fleming

Name: Patrick Fleming

Address: 406 Saratoga Ln   City: Fishkill   State: NY   Zip Code: 12524

Telephone Number: (845) 475-8383   E-mail Address: pfReal@gmail.com

---

The Court GRANTS pro se Plaintiff's motion for permission for electronic filing. The Clerk of Court is directed to mail of copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket. The Clerk of Court is further directed to terminate the motion at ECF No. 17.

Dated: December 23, 2025
White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

2



# UNITED STATES DISTRICT COURT

*Southern District of New York*

Awarded To

# Patrick Fleming

For Completing the Court's CM/ECF Introduction Course

Awarded the 18th of December 2025

Lourdes Aquino

Director of Docket Services and Miscellaneous Case Operations