

**DRAKE LOEB** PLLC
ATTORNEYS AT LAW

James R. Loeb *
Richard J. Drake **
Glen L. Heller ◊
Marianna R. Kennedy
Gary J. Gogerty
Stephen J. Gaba
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Alana R. Bartley ◊◊
Aaron C. Fitch

Sarah N. Wilson
Michael J. Barfield ◊◊
Michael A. D'Angelo ◊◊
Ivan M. Bonet ◊◊
James C. Lindeman

Jennifer L. Schneider
*Managing Attorney*

* *Retired 2025*
** *Retired 2015; d. 2025*

◊ *LL.M. in Taxation*
◊◊ *Member NY & NJ Bar*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

December 23, 2025

**MEMO ENDORSED**

**VIA ECF**
Hon. Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

    Re:    Fleming v. Town of East Fishkill, et. al.
           Case No.: 25-cv-08734 (NSR)
           Our File No.: 08977-74485

Dear Judge Roman:

    This office represents the Town of East Fishkill, The East Fishkill Police Department, Chief Christopher Bellino, Sgt. Justino Bermudez, PO Bret A. Finlancia, Sgt. Alexander J. Humphreys, PO Matthew C. Malican, Lt. Gregory M. Stanis, PO Albert J. Tauron, and PO Brendan J. White (collectively the "Town Defendants"). This letter is jointly written on behalf of the Town Defendants, as well as the County of Dutchess (hereinafter the "County," which is represented by the law office of Sokolff Stern, LLP) to request an extension of time to answer or to comply with ¶ 3(A)(ii) of this Court's Individual Practice Rules for the filing a pre-motion conference letter, until January 30, 2026. This is the Town Defendants' and the County's first request for an extension of time, and the instant extension request is made so that counsel for the Town Defendants and the County can obtain and review the voluminous materials and information needed to properly respond to the Plaintiff's Complaint. I have left a voice message and sent an email to the Plaintiff to obtain his consent to the requested extension, but have not received a response as of the filing of this letter request.

    This office thanks the Court for its time and consideration to this extension request.

Respectfully,

*/s/ Adam L. Rodd/*
ADAM L. RODD

ALR/ev/1409213
cc.: Patrick Fleming (*via E-Mail and Regular Mail*)

The Court grants the Town Defendants and County's request for an extension of time. Defendants have until on or before January 30, 2026 to answer or otherwise reply to Plaintiff's Complaint. The Clerk of Court is directed to mail of copy of this endorsement to pro se Plaintiff at the address listed on ECF and show service on the docket.
Dated: December 23, 2025
White Plains, New York
SO ORDERED:
*/s/ Nelson S. Román/*
NELSON S. ROMÁN
United States District Judge

Writer's Direct:  Phone: (845) 458-7303  Fax: (845) 458-7304  Email: arodd@drakeloeb.com