USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __1/5/2026__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**PATRICK FLEMING,**
*Plaintiff,*

v.

**TOWN OF EAST FISHKILL, ET AL,**
*Defendants.*

Case No. **25-cv-08734-NSR**

---

**MEMO ENDORSED**

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME TO SERVE PROCESS AND FOR PERMISSION TO ADD AN ADDITIONAL DEFENDANT**

Plaintiff **Patrick Fleming**, *pro se*, respectfully moves this Court, pursuant to **Federal Rules of Civil Procedure 4(m), 6(b), and 21**, for an Order:

(**1**) extending the time to serve process on unserved defendants and a newly identified defendant,

and (**2**) granting Plaintiff permission to add an additional defendant to this action.

This motion is supported by the accompanying Declaration of Patrick Fleming and the record in this case.

---

see pg. 4 **PRELIMINARY STATEMENT**

Plaintiff seeks a limited extension of time to complete service of process and permission to add a newly identified defendant whose involvement became known after the Complaint was filed. Several defendants have already been properly served, and Plaintiff has acted diligently in attempting to identify and serve all responsible parties. The requested relief will not prejudice any defendant and will promote judicial efficiency by ensuring that all parties directly involved in the alleged conduct are before the Court.

**FACTUAL BACKGROUND**

1. Plaintiff commenced this action on **10/21/2025** by emailing the Complaint to the *pros se* helpdesk.

2. On **10/23/2025,** a case # was assigned.

3. On **11/25/2025**, a signed summons was issued

4. Pursuant to Rule 4(m), Plaintiff's deadline to effect service was **December 21, 2025**.

5. Plaintiff has successfully served the following defendants:

    - **The Town of East Fishkill** (served on **12/16/2025**),
    - **The County of Dutchess** (served on **12/09/2025**),
    - **Justino Bermudez** (served on **12/16/2025**),
    - **Jeanine DeVall** (served on **12/06/2025**),
    - **Alexander Humphreys** (served on **12/09/2025**),
    - **Kevin MacKay** (served on **12/16/2025**),
    - **Gregory Stanis** (served on **12/18/2025**,

6. Service has not yet been completed on the remaining **defendant(s)** due to difficulty identifying a proper service address, evasive conduct, third-party delays, or ongoing investigation.

7. Additionally, on or about the date of filing the Complaint, Plaintiff discovered facts indicating that **Derrick W. Cuccia** had a direct and substantial role in the conduct alleged in the Complaint.

8. Plaintiff seeks leave to add **Derrick W. Cuccia** as a party and to effect service upon that defendant within an extended service period.

**ARGUMENT**

**I. AN EXTENSION OF TIME FOR SERVICE IS WARRANTED UNDER RULE 4(m)**

Federal Rule of Civil Procedure 4(m) permits the Court to extend the time for service upon a showing of good cause, or in the Court's discretion even absent good cause.  See **Zapata v. City of New York, 502 F.3d 192, 196 (2d Cir. 2007).**

Here, Plaintiff has demonstrated diligence by successfully serving multiple defendants and continuing efforts to serve the remaining parties. No defendant will be prejudiced by a brief extension, and the interests of justice favor allowing the case to proceed on the merits.

**II. THE COURT SHOULD GRANT PERMISSION TO ADD AN ADDITIONAL DEFENDANT UNDER RULE 21**

Federal Rule of Civil Procedure 21 authorizes the Court, "on just terms," to add a party at any time. Courts in this Circuit construe Rule 21 liberally where joinder promotes judicial economy and avoids duplicative litigation.  See **CP Solutions PTE, Ltd. v. Gen. Elec. Co., 553 F.3d 156, 159 (2d Cir. 2009)**.

The proposed defendant:

- is alleged to have been directly involved in the conduct at issue;
- presents common questions of law and fact with the existing defendants; and
- can be added without undue delay or prejudice.

Allowing joinder at this stage will streamline the litigation and avoid the need for a separate action.

**REQUESTED RELIEF**

Plaintiff respectfully requests that the Court enter an Order:

1. Extending the time to serve process on unserved defendants and the newly added defendant until **30 days from the order**;

2. Granting Plaintiff permission to add **Derrick W. Cuccia** as a defendant in this action;

3. Deeming service upon already-served defendants timely and effective; and

4. Granting such other and further relief as the Court deems just and proper.

**CONCLUSION**

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion.

Dated: **December 19, 2025**
Dutchess County, New York

Respectfully submitted,

**Patrick Fleming**
*Plaintiff, Pro Se*

406 Saratoga Lane
Fishkill, NY 12524
(845) 475-8383 | pfReal@gmail.com

The Court grants Plaintiff's request for an extension of time to serve the unserved Defendants, with service now due on or before January 20, 2026. Plaintiff is also granted leave to amend the Complaint to add the newly named and identified Defendant. The amended Complaint must be filed no later than January 30, 2026. Additionally, all Defendants are granted an extension of time to file their answers to Plaintiff's amended Complaint, with the new deadline set for February 27, 2026.
Dated: January 5, 2026
         White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge