UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

PATRICK FLEMING,

                        Plaintiff,                  **NOTICE OF APPEARANCE**

   -against-

                                                    1:25:cv-08734

TOWN OF EAST FISHKILL, EAST FISHKILL POLICE DEPARTMENT ("EFPD"), EFPD Officers in their individual and official capacities including: CHRISTOPHER BELLINO, former Chief of Police, JUSTINO BERMUDEZ, Sgt., BRET A. FINLANCIA, Officer, ALEXANDER J. HUMPHREYS, Sgt., MATTHEW C. MALICAN, Officer, GREGORY M. STANIS, Lt., ALBERT J. TAURONE, Officer, BRENDAN J. WHITE, Officer, and John/Janes Does 1-10, COUNTY OF DUTCHESS, DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO"), DCSO Deputies in their individual and official capacities, including: JAMES G. FLANAGAN, Det., KIRK A. IMPERATI, Sheriff, JONATHAN T. SNOWDON, Sgt., and John/Jane Does 11-20, JEANINE A. DEVALL, private actor, KEVIN M. MACKAY, private actor,

                        Defendants.
------------------------------------------------------------------------x

     PLEASE TAKE NOTICE, that the defendants, James G. Flanagan, Det., Kirk A. Imperati, Sheriff and Jonathan T. Snowdon, Sgt. hereby appear in the above-entitled action, and that the undersigned have been retained as attorneys for said defendants.

Dated: Poughkeepsie, New York
       January 22, 2026

                                                         Yours, etc.,

                                                         SOKOLOFF STERN LLP

                                                         By: _____
                                                             Kimberly Hunt Lee
                                                         *Attorneys for Defendants Flanagan, Imperati and Snowdon*
                                                         80 Washington Street, Suite 100
                                                        Poughkeepsie, NY 12601
                                                        (845) 262-6333

TO: PATRICK FLEMING, *Pro Se*
      406 Saratoga Lane
      Fishkill, NY  12524