UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PATRICK FLEMING,

                     Plaintiff,

   -against-

TOWN OF EAST FISHKILL; EAST FISHKILL POLICE DEPARTMENT ("EEPD"); EEPF Officers in their individual and official capacities, including: CHRISTOPHER BELLINO, former Chief of Police; DERRICK W. CUCCIA, Chief of Police; JUSTINO BERMUDEZ, Sgt.; BRET A. FINLANCIA, Officer; ALEXANDER J. HUMPHREYS, Sgt.; MATTHEW C. MALICAN, Officer; GREGORY M. STANIS, Lt.; ALBERT J. TAURONE, Officer; BRENDAN J. WHITE, Officer; and John/Jane Does 1–10; COUNTY OF DUTCHESS; DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO"); DCSO Deputies in their individual and official capacities, including: JAMES G. FLANAGAN, Det.; KIRK A. IMPERATI, Sheriff; JONATHAN T. SNOWDON, Sgt.; and John/Jane Does 11–20; JEANINE A. DEVALL, private actor; KEVIN M. MACKAY, private actor;

                     Defendants.
_____

**NOTICE OF APPEARANCE**

**Civil Case No.:**
**7:25-cv-08734-NSR**

     PLEASE TAKE NOTICE that Jonathan M. Bernstein, Esq., of Goldberg Segalla LLP, appears as attorney for the Defendant Kevin M. MacKay in the above-entitled case, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Jonathan M. Bernstein, Esq., Goldberg Segalla LLP, 8 Southwoods Boulevard, Suite 300, Albany, New York, 12211-2364.

     PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

55236156.v1

DATED: Albany, New York
January 28, 2026

**GOLDBERG SEGALLA, LLP**

By: _____
Jonathan M. Bernstein, Esq.
*Attorneys for Defendant*
*Kevin M. MacKay*
8 Southwoods Blvd., Suite 300
Albany, New York 12211
(518) 463-5400
jbernstein@goldbergsegalla.com

TO: Patrick Fleming
*Plaintiff*
406 Saratoga Lane
Fishkill, New York 12524
(845) 475-8383
pfReal@gmail.com

55236156.v1