UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

PATRICK FLEMING,

                Plaintiff,

  -against-

TOWN OF EAST FISHKILL; EAST FISHKILL POLICE DEPARTMENT ("EEPD"); EEPF Officers in their individual and official capacities, including: CHRISTOPHER BELLINO, former Chief of Police; DERRICK W. CUCCIA, Chief of Police; JUSTINO BERMUDEZ, Sgt.; BRET A. FINLANCIA, Officer; ALEXANDER J. HUMPHREYS, Sgt.; MATTHEW C. MALICAN, Officer; GREGORY M. STANIS, Lt.; ALBERT J. TAURONE, Officer; BRENDAN J. WHITE, Officer; and John/Jane Does 1–10; COUNTY OF DUTCHESS; DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO"); DCSO Deputies in their individual and official capacities, including: JAMES G. FLANAGAN, Det.; KIRK A. IMPERATI, Sheriff; JONATHAN T. SNOWDON, Sgt.; and John/Jane Does 11–20; JEANINE A. DEVALL, private actor; KEVIN M. MACKAY, private actor;

                Defendants.
_____

**NOTICE OF APPEARANCE**

**Civil Case No.:**
**7:25-cv-08734-NSR**

      PLEASE TAKE NOTICE that Peter J. Biging, Esq., of Goldberg Segalla LLP, appears as attorney for the Defendant Kevin M. MacKay in the above-entitled case, requests that all notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon Peter J. Biging, Esq., Goldberg Segalla LLP, 711 3rd Avenue, Suite 1900, New York, New York 10017.

      PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, electronic or otherwise.

55239047.v1

DATED:    Albany, New York                **GOLDBERG SEGALLA, LLP**
             January 28, 2026

                                                    By: *s/Peter J. Biging*
                                                         Peter J. Biging, Esq.
                                                    *Attorneys for Defendant*
                                                    *Kevin M. MacKay*
                                                    711 3rd Avenue, Suite 1900
                                                    New York, New York 10017
                                                    (646) 292-8711
                                                    pbiging@goldbergsegalla.com

TO:    Patrick Fleming
        *Plaintiff*
        406 Saratoga Lane
        Fishkill, New York 12524
        (845) 475-8383
        pfReal@gmail.com