**LAW OFFICE OF KEVIN ROSENBERG PLLC**
8 N. Front Street, Suite 1102
Kingston, NY 12401
845-527-4474
Kevin@kjrlawfirm.com
Attorney for Ms. Jeanine DeVall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | |
| PATRICK FLEMING, | : | CASE NO.: 25-cv-08734-UA |
|                Plaintiff, | : | |
| v. | : | |
| | : | |
| TOWN OF EAST FISHKILL; EAST FISHKILL | : | |
| POLICE DEPARTMENT; INDIVIDUAL EFPD | : | |
| OFFICERS; COUNTY OF DUTCHESS; | : | |
| DUTCHESS COUNTY SHERIFF'S OFFICE; | : | |
| INDIVIDUAL DCSO DEPUTIES; | : | |
| JEANINE A. DEVALL; and | : | |
| KEVIN M. MACKAY, | : | |

---

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned attorney hereby appears in the above-captioned action as counsel for Defendant Ms. Jeanine A. DeVall, and requests that all papers in this action be served upon the undersigned at the address below. This civil action is captioned Patrick Fleming v. Town of East Fishkill, et al., in the United States District Court for the Southern District of New York, Case No. 1:25-cv-08734-UA Defendant "JEANINE A. DEVALL" is named in the complaint

Dated: February 3, 2026
      Kingston, NY

                                            Very Respectfully,

                                            *Kevin J. Rosenberg*
                                            Kevin J. Rosenberg, Esq.
                                            Kevin Rosenberg PLLC
                                            Attorney for Jeanine DeVall
                                            8 N. Front St. Suite 1102
                                            Kingston, NY 12401
                                            (845) 527-4474

1