USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/5/2026__

**LAW OFFICE OF KEVIN ROSENBERG PLLC**
8 N. Front Street, Suite 1102
Kingston, NY 12401
845-527-4474
Kevin@kjrlawfirm.com
Attorney for Ms. Jeanine DeVall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re:
PATRICK FLEMING,
       Plaintiff,
v.

TOWN OF EAST FISHKILL; EAST FISHKILL POLICE DEPARTMENT; INDIVIDUAL EFPD OFFICERS; COUNTY OF DUTCHESS; DUTCHESS COUNTY SHERIFF'S OFFICE; INDIVIDUAL DCSO DEPUTIES; JEANINE A. DEVALL; and KEVIN M. MACKAY,

CASE NO.: 25-cv-08734-UA

Defendant DeVall's Motion to Dismiss is DENIED without prejudice for failure to follow the Court's Individual Practices.  (*See* Sec. 3.A.ii.)  The Clerk of Court is requested to terminate the motion at ECF 39.

Dated: February 5, 2026
      White Plains, New York

SO ORDERED:
*/s/ Nelson S. Román*
NELSON S. ROMÁN
United States District Judge

---

**MEMO ENDORSED**

### NOTICE OF DEFENDANT JEANINE A. DEVALL'S COMBINED MOTION FOR LEAVE TO FILE A LATE RESPONSIVE PLEADING AND MOTION TO DISMISS

Date: February 3, 2026

NOTICE OF MOTION

Please take notice that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings, Defendant Jeanine A. DeVall ("Ms. DeVall") will move this Court, at a date and time to be set by the Court, for an order: (a) granting leave under Rule 6(b)(1)(B) to file her late responsive pleading based on excusable neglect; (b) accepting for filing the concurrently submitted Motion to Dismiss under Rules 12(b)(1) and 12(b)(6); and (c) granting such other and further relief as the Court deems just and proper.

ISSUES PRESENTED

1. Whether the Court should grant leave for a late responsive pleading based on excusable neglect arising from serious family medical exigencies and a non-waivable conflict of interest that impaired Defendant's ability to secure unconflicted counsel and timely respond.

1

2. Whether Plaintiff's claims against Ms. DeVall, a private individual, should be dismissed because the Complaint fails to plausibly allege state action, conspiracy, or other necessary elements, and because the pleading relies on conclusory assertions and collateral state-court matters not supporting federal jurisdiction.

Dated: February 3, 2026
      Kingston, NY

                    Very Respectfully,

                    *Kevin J. Rosenberg*
                    _____
                    Kevin J. Rosenberg, Esq.
                    Kevin Rosenberg PLLC
                    Attorney for Jeanine DeVall
                    8 N. Front St. Suite 1102
                    Kingston, NY 12401
                    (845) 527-4474