

Jonathan M. Bernstein | Partner
Direct 518-935-4240 | jbernstein@goldbergsegalla.com

February 10, 2026

*via ECF*

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      Re:    **Patrick Fleming v. Town of East Fishkill, et al.**
                  **Case No.: 7:25-cv-08734**

Dear Judge Roman:

      Goldberg Segalla LLP represents defendant Kevin M. MacKay. This defendant seeks leave to file a motion to dismiss for failure to state a claim and lack of subject matter jurisdiction. Defendant requests that the Court's Order (Docket No. 45) suspending the pre-motion conference requirement and setting dates for the briefing schedule also apply to defendant MacKay.

                                Respectfully submitted,

                                  Jonathan M. Bernstein

JMB:ajm

cc:    All counsel of record via ECF

**OFFICE LOCATION** 2 State Street, Suite 1200, Rochester, NY 14614-1342 | **PHONE** 585-295-5400 | **FAX** 585-295-8300 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
55430968.v1