UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PATRICK FLEMING,

                                                            Plaintiff,

               -against-

TOWN OF EAST FISHKILL;
EAST FISHKILL POLICE DEPARTMENT ("EFPD");
EFPD Officers in their individual and official capacities including:
CHRISTOPHER BELLINO, Former Chief of Police;
DERRICK W. CUCCIA, Chief of Police;
JUSTINO BERMUDEZ, Sgt.;
BERT A. FINLANCIA, Officer;
ALEXANDER J. HUMPHREYS, Sgt.;
MATTHEW C. MALICAN, Officer;
GREGORY M. STANIS, Lt.;
ALBERT J. TAURONE, Officer;
BRENDAN J. WHITE, Officer;
and John/Jane Does1-10;

COUNTY OF DUTCHESS;
DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO");
DCSO Deputies in their individual and official capacities, including:
JAMES G. FLANAGAN, Det.;
KIRK A. IMPERATI, Sheriff;
JONATHAN T. SNOWDON, Sgt.; and John/
Jane Does 11-20;

JEANINE A. DEVALL, private actor;
KEVIN M. MACKAY, private actor,

                                                 Defendants.
-------------------------------------------------------------------------X

**NOTICE OF APPEARANCE**

Case No.: 25-cv-08734

      PLEASE TAKE NOTICE that the defendant, DERRICK W. CUCCIA, hereby appears in the above-entitled action and that the undersigned has been retained as counsel for said defendant and demands that all papers in this action be served upon DRAKE LOEB PLLC, 555 Hudson Valley Avenue, Suite 100, New Windsor, New York 12553.

Dated: New Windsor, New York
February 10, 2026

                                    Yours, etc.,

                                    DRAKE LOEB PLLC

By: _____
                                    ADAM L. RODD, ESQ.
                                    *Attorneys for Defendant,*
                                    *DERRICK W. CUCCIA*
                                    555 Hudson Valley Avenue, Suite 100
                                    New Windsor, New York 12553
                                    Tel. No.: (845) 561-0550
                                    Email: arodd@drakeloeb.com

TO:    PATRICK FLEMING
        *Pro Se Plaintiff*
        406 Saratoga Lane
        Fishkill, New York 12524