UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
PATRICK FLEMING,

                            Plaintiff,

            -against-                               Case No.: 25-cv-08734

TOWN OF EAST FISHKILL;
EAST FISHKILL POLICE DEPARTMENT ("EFPD");
EFPD Officers in their individual and official capacities including:
CHRISTOPHER BELLINO, Former Chief of Police;
DERRICK W. CUCCIA, Chief of Police;
JUSTINO BERMUDEZ, Sgt.;
BERT A. FINLANCIA, Officer;
ALEXANDER J. HUMPHREYS, Sgt.;
MATTHEW C. MALICAN, Officer;
GREGORY M. STANIS, Lt.;
ALBERT J. TAURONE, Officer;
BRENDAN J. WHITE, Officer;
and John/Jane Does1-10;

COUNTY OF DUTCHESS;
DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO");
DCSO Deputies in their individual and official capacities, including:
JAMES G. FLANAGAN, Det.;
KIRK A. IMPERATI, Sheriff;
JONATHAN T. SNOWDON, Sgt.; and John/
Jane Does 11-20;

JEANINE A. DEVALL, private actor;
KEVIN M. MACKAY, private actor,

                          Defendants.
-------------------------------------------------------------------------X

## CERTIFICATE OF SERVICE

    I, ADAM L. RODD, being duly sworn, deposes and says:

    1.    I am not a party to this action, am over 18 years of age, and reside at Cornwall, New York.

    2.    I hereby certify that on February 10, 2026, a true copy of the annexed NOTICE OF APPEARANCE FOR DERRICK W. CUCCIA, served in the following manner:

3. By e-filing the same *with the United States District Court, Southern District of New York*, and by mailing the same in a sealed envelope, with postage prepaid thereon, in a post office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressee(s) as indicated below:

TO:   PATRICK FLEMING
      *Pro Se Plaintiff*
      406 Saratoga Lane
      Fishkill, New York 12524

_____
ADAM L. RODD