**GOLDBERG SEGALLA**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/11/2026

February 10, 2026

*via ECF*

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      Re:    **Patrick Fleming v. Town of East Fishkill, et al.**
               Case No.: 7:25-cv-08734

Dear Judge Roman:

      Goldberg Segalla LLP represents defendant Kevin M. MacKay. This defendant seeks leave to file a motion to dismiss for failure to state a claim and lack of subject matter jurisdiction. Defendant requests that the Court's Order (Docket No. 45) suspending the pre-motion conference requirement and setting dates for the briefing schedule also apply to defendant MacKay.

                                                           Respectfully submitted,

                                                           Jonathan M. Bernstein

JMB:ajm

cc:    All counsel of record via ECF

**MEMO ENDORSED:**

Defendant MacKay is GRANTED leave to file a motion to dismiss and join in the briefing schedule previously set for Defendant DeVall's motion to dismiss. However, the Court revises that schedule as follows:

- Defendants DeVall and MacKay's separate moving papers shall be served (not filed) on March 12, 2026
- Plaintiff's opposition papers to both motions shall be served (not filed) on April 27, 2026;
- Defendants DeVall and MacKay's separate reply papers shall be served on May 12, 2026.

The parties are directed to file all motion documents on the reply date, May 12, 2026. The parties are further directed to mail two physical copies and email one electronic copy to Chambers of all motion documents at the time they are served. The Clerk of Court is kindly directed to terminate the motion at ECF No. 46.

Dated: February 11, 2026
      White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

**OFFICE LOCATION** 2 State Street, Suite 1200, Rochester, NY 14614-1342 | **PHONE** 585-295-5400 | **FAX** 585-295-8300 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
55430968.v1