

80 WASHINGTON STREET, SUITE 100, POUGHKEEPSIE, NEW YORK 12601  PHONE (845) 262-6333  SOKOLOFFSTERN.COM

KIMBERLY HUNT LEE
KLEE@SOKOLOFFSTERN.COM

February 11, 2026

**ECF**
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY  10601

RE: Fleming v. County of Dutchess, et al
7:25-cv-08734-NSR
Our File No. 250295PK

Dear Judge Roman:

Sokoloff Stern LLP represents defendants County of Dutchess, Dutchess County Sheriff's Office, Detective James G. Flanagan, Sheriff Kirk A. Imperati and Sergeant Jonathan T. Snowdon, the "County" defendants. The County defendants also seek leave to file a motion to dismiss for *inter alia* failure to state a claim, lack of subject matter jurisdiction, and because the Amended Complaint does not sufficiently allege any Constitutional violation on the part of these defendants. We would respectfully request that the Court's Orders (Docket Nos. 45 and 46) suspending the pre-motion conference requirement and setting dates for the briefing schedule also apply to the County defendants to avoid multiple motion deadlines and streamlining the issues which are common amongst the defendants.

Respectfully yours,

SOKOLOFF STERN LLP

*Kimberly Hunt Lee*
KIMBERLY HUNT LEE

KHL/dmf
cc: All Parties via CM/ECF