

555 Hudson Valley Avenue, Ste. 100
New Windsor, New York 12553

Phone: 845-561-0550
Fax: 845-561-1235
www.drakeloeb.com

Glen L. Heller ◊
Marianna R. Kennedy
Gary J. Gogerty
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Alana R. Bartley ◊◊
Aaron C. Fitch

Sarah N. Wilson
Michael J. Barfield
Michael A. D'Angelo ◊◊
Ivan M. Bonet ◊◊
James C. Lindeman

Jennifer L. Schneider
*Managing Attorney*

◊  *LL.M. in Taxation*
◊◊ *Member NY & NJ Bar*

James R. Loeb *
Richard J. Drake **
Stephen J. Gaba *

*  *Retired*
** *Retired 2015; d. 2025*

February 11, 2026

**<u>VIA ECF</u>**
Hon. Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    Fleming v. Town of East Fishkill, et. al.
              Case No.: 25-cv-08734 (NSR)
              Our File No.: 08977-74485

Dear Judge Roman:

      The office of Drake Loeb, PLLC represents the defendants, the Town of East Fishkill, the East Fishkill Police Department, Chief Christopher Bellino, Sgt. Justino Bermudez, PO Bret A. Finlancia, Sgt Alexander J.Humphreys, PO Matthew C. Malican, Lt. Gregory M. Stanis, PO Albert Tauron, PO Brendan J. White, and Chief of Police Derrick W. Cuccia (collectively the "Town of East Fishkill Defendants"). The Town of East Fishkill Defendants also seek leave to file a motion to dismiss based on the plaintiff's failure to state any viable claims against them, including, but not limited to, the fact that the allegations asserted as against these defendants do not amount to violations of the plaintiff's Constitutional rights, and are thus not actionable under 42 U.S.C. Section 1983. We respectfully request that the Court's Orders (Docket Nos. 45 and 49) suspending the premotion conference requirement and setting dates for the briefing schedule also apply to the Town of East Fishkill Defendants in order to avoid multiple motion deadlines, and to streamline the issues which are common among the defendants.

      I thank the Court for its time and attention to this matter.

                         Respectfully,

                         ADAM L. RODD

ALR/ev/1417713
cc: Patrick Fleming (*Via E-Mail and Regular Mail*)