USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___2/12/2026___

KIMBERLY HUNT LEE
KLEE@SOKOLOFFSTERN.COM

February 11, 2026

**ECF**
Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY  10601

RE:    Fleming v. County of Dutchess, et al
       7:25-cv-08734-NSR
       Our File No. 250295PK

Dear Judge Roman:

Sokoloff Stern LLP represents defendants County of Dutchess, Dutchess County Sheriff's Office, Detective James G. Flanagan, Sheriff Kirk A. Imperati and Sergeant Jonathan T. Snowdon, the "County" defendants. The County defendants also seek leave to file a motion to dismiss for *inter alia* failure to state a claim, lack of subject matter jurisdiction, and because the Amended Complaint does not sufficiently allege any Constitutional violation on the part of these defendants. We would respectfully request that the Court's Orders (Docket Nos. 45 and 46) suspending the pre-motion conference requirement and setting dates for the briefing schedule also apply to the County defendants to avoid multiple motion deadlines and streamlining the issues which are common amongst the defendants.

                        Respectfully yours,

                        SOKOLOFF STERN LLP

                        KIMBERLY HUNT LEE

KHL/dmf
cc:    All Parties via CM/ECF

*The County Defendants and the Town of East Fishkill Defendants are GRANTED leave to each file a motion to dismiss and join in the briefing schedule previously set for Defendant DeVall's and MacKay's motion to dismiss. The Clerk of Court is kindly directed to terminate the motions at ECF No. 50 and 51.*

Dated: February 12, 2026
       White Plains, New York

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

MEMO ENDORSED