# DRAKE LOEB PLLC
## ATTORNEYS AT LAW

| | |
|---|---|
| Glen L. Heller ◊ | USDC SDNY |
| Marianna R. Kennedy | DOCUMENT |
| Gary J. Gogerty | ELECTRONICALLY FILED |
| Adam L. Rodd | DOC #: _____ |
| Dominic Cordisco | DATE FILED: __3/6/2026__ |

Glen L. Heller ◊
Marianna R. Kennedy
Gary J. Gogerty
Adam L. Rodd
Dominic Cordisco
Ralph L. Puglielle, Jr.
Alana R. Bartley ◊◊
Aaron C. Fitch

Sarah N. Wilson
Michael J. Barfield
Michael A. D'Angelo ◊◊
Ivan M. Bonet ◊◊
James C. Lindeman

Jennifer L. Schneider
*Managing Attorney*

◊  *LL.M. in Taxation*
◊◊ *Member NY & NJ Bar*

James R. Loeb *
Richard J. Drake **
Stephen J. Gaba *

\*  *Retired*
\*\* *Retired 2015; d. 2025*

**MEMO ENDORSED**

March 6, 2026

**VIA ECF**
Hon. Nelson S. Roman
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

      Re:    Fleming v. Town of East Fishkill, et. al.
              Case No.: 25-cv-08734 (NSR)
              Our File No.: 08977-74485

Dear Judge Roman:

The office of Drake Loeb, PLLC represents the defendants, the Town of East Fishkill, the East Fishkill Police Department, Chief Christopher Bellino, Sgt. Justino Bermudez, PO Bret A. Finlancia, Sgt Alexander J.Humphreys, PO Matthew C. Malican, Lt. Gregory M. Stanis, PO Albert Tauron, PO Brendan J. White, and Chief of Police Derrick W. Cuccia (collectively the "Town Defendants").  This letter is jointly submitted on behalf of the Town Defendants and the County of Dutchess, Sheriff Kirk A. Imperati, Detective G. Flanagan, Sgt Jonathan T. Snowdon (collectively the "County Defendants"), who are represented by Kimberly Hunt Lee, Esq. of Sokoloff Stern, LLP,  to request a brief adjournment of the submission dates for the planned motions to dismiss the Plaintiff's First Amended Complaint ("FAC").

Currently, the briefing schedule for the planned motions to dismiss provides for motions to be served by March 12, 2026; opposition to be served by April 27, 2026, and replies to be served by May 12, 2026. ECF Dkt. Nos. 49 and 52. The Town Defendants and the County Defendants propose to adjust the schedule by having their motions served by March 26, 2026, with opposition served by May 11, 2026, and replies served by May 26, 2026. This is the Town Defendants' and the County Defendants' first request for an extension of time of the motion briefing schedule. The reason for the request is that the undersigned on behalf of the Town Defendants is scheduled for public hearings next week before the State Division of Human Rights, and counsel for the County Defendants is scheduled for a trial next week in the Supreme Court, Orange County. The plaintiff has consented to the instant adjournment request, on condition that all parties be subject to the same unified briefing schedule. In this regard, upon conferring with counsel for the co-defendant Kevin M. MacKay (represented by Goldberg Segalla, LLP) and the co-defendant Jeanine A. DeVall (represented by Kevin Jared Rosenberg, Esq.), all defendants consent to the proposed new unified briefing schedule.

Writer's Direct: Phone:  (845) 458-7303  Fax:  (845) 458-7304  Email:  arodd@drakeloeb.com

Hon. Nelson S. Roman
March 6, 2026
Page | 2

We thank the Court for its time and attention to this matter.

Respectfully,

ADAM L. RODD

ALR/ev/1421083
cc: Patrick Fleming (*Via E-Mail and Regular Mail*)
406 Saratoga Lane
Fishkill, New York 12524

The Town and County Defendants request for an extension of time is granted. The Court revises the briefing schedule as follows:

• Defendants separate moving papers shall be served (not filed) on April 2, 2026
• Plaintiff's opposition papers to both motions shall be served (not filed) on May 18, 2026;
• Defendants separate reply papers shall be served on June 1, 2026.

Defendants are directed to file all motion documents (including pro se Plaintiff's opposition) on the reply date, June 1, 2026. Defendants shall email one electronic copy of all motion documents (including pro se Plaintiff's papers) to Chambers at the time they are served.

Dated: March 6, 2026
     White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

DRAKE LOEB