

Jonathan M. Bernstein | Partner
Direct 518.935.4240 | jbernstein@goldbergsegalla.com

March 9, 2026

*via ECF*

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

      Re:    Patrick Fleming v. Town of East Fishkill, et al.
              Case No.: 7:25-cv-08734

Dear Judge Roman:

      Goldberg Segalla LLP represents defendant Kevin M. MacKay in this action. Defendant is preparing a motion to dismiss for failure to state a cause of action and lack of subject matter jurisdiction. To ensure that all defendants are following the same briefing schedule as noted on Docket No. 56, it is respectfully requested that the Court deem those dates set out in Docket No. 56 applicable to defendant MacKay.

                              Respectfully submitted,

                              Jonathan M. Bernstein

JMB:ajm

cc:    All counsel of record via ECF