**GOLDBERG
SEGALLA**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    3/9/2026

March 9, 2026

The Court deems those dates set out in
Docket No. 56 applicable to defendant
MacKay.
Dated: March 9, 2026
   White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

*via ECF*

Hon. Nelson S. Roman
The Hon. Charles L. Brieant Jr. Federal Building
and United States Courthouse
300 Quarropas St.
White Plains, New York 10601-4150

**MEMO ENDORSED**

  **Re:** **Patrick Fleming v. Town of East Fishkill, et al.**
    **Case No.: 7:25-cv-08734**

Dear Judge Roman:

  Goldberg Segalla LLP represents defendant Kevin M. MacKay in this action. Defendant is preparing a motion to dismiss for failure to state a cause of action and lack of subject matter jurisdiction. To ensure that all defendants are following the same briefing schedule as noted on Docket No. 56, it is respectfully requested that the Court deem those dates set out in Docket No. 56 applicable to defendant MacKay.

       Respectfully submitted,

       Jonathan M. Bernstein

JMB:ajm

cc:  All counsel of record via ECF

**OFFICE LOCATION** 2 State Street, Suite 1200, Rochester, NY 14614-1342 | **PHONE** 585-295-5400 | **FAX** 585-295-8300 | **www.goldbergsegalla.com**
CALIFORNIA | CONNECTICUT | FLORIDA | ILLINOIS | NEW JERSEY | NEW YORK | NORTH CAROLINA | MARYLAND | MISSOURI | PENNSYLVANIA
55927680.v1