UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

PATRICK FLEMING,

                         Plaintiff,                  **NOTICE OF MOTION**

     -against-                          7:25:cv-08734-NSR

TOWN OF EAST FISHKILL, EAST FISHKILL POLICE
DEPARTMENT ("EFPD"), EFPD Officers in their individual
and official capacities including:  CHRISTOPHER BELLINO,
former Chief of Police, JUSTINO BERMUDEZ, Sgt., BRET A.
FINLANCIA, Officer, ALEXANDER J. HUMPHREYS, Sgt.,
MATTHEW C. MALICAN, Officer, GREGORY M. STANIS,
Lt., ALBERT J. TAURONE, Officer, BRENDAN J. WHITE,
Officer, and John/Janes Does 1-10, COUNTY OF DUTCHESS,
DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO"), DCSO
Deputies in their individual and official capacities, including:
JAMES G. FLANAGAN, Det., KIRK A. IMPERATI, Sheriff,
JONATHAN T. SNOWDON, Sgt., and John/Jane Does 11-20,
JEANINE A. DEVALL, private actor, KEVIN M. MACKAY,
private actor,

                         Defendants.
------------------------------------------------------------------------x

       PLEASE TAKE NOTICE, that upon the annexed affidavit of Kimberly Hunt Lee, the
attached exhibit, and memorandum of law, the defendants, James G. Flanagan, Kirk A. Imperati
and Jonathan T. Snowdon will move for an order pursuant to Federal Rules of Civil Procedure
12(b)(1) and 12(b)(6) dismissing plaintiff's First Amended Complaint. Defendants also seek
dismissal on the basis of qualified immunity.  Said motion to be heard before this Court at the
courthouse located at 300 Quarropas Street, White Plains, New York.

       PLEASE TAKE FURTHER NOTICE, that plaintiff's opposition papers, if any, are to be
served, not filed, on or before May 18, 2026 and defendants' reply papers are to be filed and

served on June 1, 2026.

DATED:      Poughkeepsie, New York
              April 2, 2026

Yours, etc.,

SOKOLOFF STERN LLP

By:   *Kimberly Hunt Lee*
        Kimberly Hunt Lee
*Attorneys for Defendants James G.*
*Flanagan, Kirk A. Imperati and Jonathan T.*
*Snowdon*
80 Washington Street, Suite 100
Poughkeepsie, NY  12601

TO:    PATRICK FLEMING, *Pro Se*
       406 Saratoga Lane
       Fishkill, NY  12524

       ADAM L. RODD,  ESQ.
       DRAKE LOEB PLLC
       *Attorneys for Town of East Fishkill Defendants and Derrick Cuccia*
       555 Hudson Valley Avenue, Suite 100
       New Windsor, NY  12553

       JONATHAN M. BERNSTEIN, ESQ.
       GOLDBERG SEGALLA, LLP
       *Attorneys for Defendant Kevin MacKay*
       8 Southwoods Blvd., Suite 300
       Albany, NY  12211

       KEVIN J. ROSENBERG, ESQ.
       KEVIN ROSENBERG PLLC
       *Attorneys for defendant Jeanine A. DeVall*
       8 N. Front Street, Suite 1102
       Kingston, NY  12401