UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------x

PATRICK FLEMING,

                                     Plaintiff,                 **AFFIDAVIT**

    -against-                                         7:25:cv-08734-NSR

TOWN OF EAST FISHKILL, EAST FISHKILL POLICE
DEPARTMENT ("EFPD"), EFPD Officers in their individual
and official capacities including:  CHRISTOPHER BELLINO,
former Chief of Police, JUSTINO BERMUDEZ, Sgt., BRET A.
FINLANCIA, Officer, ALEXANDER J. HUMPHREYS, Sgt.,
MATTHEW C. MALICAN, Officer, GREGORY M. STANIS,
Lt., ALBERT J. TAURONE, Officer, BRENDAN J. WHITE,
Officer, and John/Janes Does 1-10, COUNTY OF DUTCHESS,
DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO"), DCSO
Deputies in their individual and official capacities, including:
JAMES G. FLANAGAN, Det., KIRK A. IMPERATI, Sheriff,
JONATHAN T. SNOWDON, Sgt., and John/Jane Does 11-20,
JEANINE A. DEVALL, private actor, KEVIN M. MACKAY,
private actor,

                                  Defendants.

-------------------------------------------------------------------x

STATE OF NEW YORK      )
                             ) SS:
COUNTY OF DUTCHESS   )

        KIMBERLY HUNT LEE, being duly sworn, deposes and says:

       1.      I am a Partner at the firm of Sokoloff Stern LLP, attorneys for defendants James G. Flanagan, Kirk A. Imperati and Jonathan T. Snowdon.  I submit this affidavit in support of their motion pursuant to Federal Rule of Civil Procedure 12(b)(1) and 12(b)(6) dismissing plaintiff's first amended complaint.

       2.      Annexed to this affidavit is a true and accurate copy of the following document:

*Exhibit "A"*    First Amended Complaint.

Kimberly Hunt Lee

Sworn to before me this
2nd day of April, 2026.

Notary Public

DONNA M. FELLER
Notary Public, State of New York
Qualified in Dutchess County
Registration No. 4954999
Commission Expires Aug. 28, 2029