UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------x

PATRICK FLEMING,

<table>
<tr><td>Plaintiff,</td><td>**AFFIDAVIT OF SERVICE**</td></tr>
<tr><td>-against-</td><td>7:25:cv-08734-NSR</td></tr>
</table>

TOWN OF EAST FISHKILL, EAST FISHKILL POLICE
DEPARTMENT ("EFPD"), EFPD Officers in their individual
and official capacities including:  CHRISTOPHER BELLINO,
former Chief of Police, JUSTINO BERMUDEZ, Sgt., BRET A.
FINLANCIA, Officer, ALEXANDER J. HUMPHREYS, Sgt.,
MATTHEW C. MALICAN, Officer, GREGORY M. STANIS,
Lt., ALBERT J. TAURONE, Officer, BRENDAN J. WHITE,
Officer, and John/Janes Does 1-10, COUNTY OF DUTCHESS,
DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO"), DCSO
Deputies in their individual and official capacities, including:
JAMES G. FLANAGAN, Det., KIRK A. IMPERATI, Sheriff,
JONATHAN T. SNOWDON, Sgt., and John/Jane Does 11-20,
JEANINE A. DEVALL, private actor, KEVIN M. MACKAY,
private actor,

Defendants.

-----------------------------------------------------------------------x

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF DUTCHESS         )

SARA CRAMER, being duly sworn, deposes and says:

I am a Paralegal with the law office of Sokoloff Stern LLP, attorneys for defendants
James G. Flanagan, Kirk A. Imperati and Jonathan T. Snowdon and am over 18 years of age and
am not a party to this action.

On the 2nd day of April, 2026 I served a copy of the attached **MEMORANDUM OF
LAW** upon the following parties whose name is hereinafter set forth by depositing a true copy of
same in a securely enclosed wrapper, at the postal box located on Mansion Street in
Poughkeepsie, New York, which box is under the exclusive custody and care of the United
States Post Office, which copies are directed to said parties at the addresses set

after their respective names, that being the address within the State designated by them for that purpose, to wit:

### Name and address of Parties

Patrick Fleming
406 Saratoga Lane
Fishkill, NY  12524

SARA CRAMER

Sworn to before me this
2nd day of April, 2026.

Notary Public

DONNA M. FELLER
Notary Public, State of New York
Qualified in Dutchess County
Registration No. 4954999
Commission Expires Aug. 28, 20_29