UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK FLEMING,

               Plaintiff,

       vs

TOWN OF EAST FISHKILL; EAST FISHKILL
POLICE DEPARTMENT ("EEPD"); EEPF Officers
in their individual and official capacities, including:
CHRISTOPHER BELLINO, former Chief of Police;
DERRICK W. CUCCIA, Chief of Police; JUSTINO
BERMUDEZ, Sgt.; BRET A. FINLANCIA, Officer;
ALEXANDER J. HUMPHREYS, Sgt.; MATTHEW
C. MALICAN, Officer; GREGORY M. STANIS, Lt.;
ALBERT J. TAURONE, Officer; BRENDAN J.
WHITE, Officer; and John/Jane Does 1–10;
COUNTY OF DUTCHESS; DUTCHESS COUNTY
SHERIFF'S OFFICE ("DCSO"); DCSO Deputies in
their individual and official capacities, including:
JAMES G. FLANAGAN, Det.; KIRK A. IMPERATI,
Sheriff; JONATHAN T. SNOWDON, Sgt.; and
John/Jane Does 11–20; JEANINE A. DEVALL,
private actor; KEVIN M. MACKAY, private actor;

               Defendants.

**NOTICE OF MOTION**

Case No. 7:25-cv-08734 (NSR)

| | |
|---|---|
| **Motion by**: | Defendant Kevin M. MacKay |
| **Return Date, Time and Place**: | May 12, 2026<br>**On Written Submission Only** |
| **Supporting Papers**: | Memorandum of Law in Support and Declaration of Jonathan M. Bernstein in Support with exhibits. |
| **Nature of Action**: | Civil Rights |
| **Relief Demanded**: | An Order granted the motion by defendant Kevin M. MacKay dismissing the First Amended Complaint due to lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and for failure to state a claim and statute of limitations, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with prejudice and on the merits, with such other and further relief that |

the Court deems just and proper, including striking punitive damages from the First Amended Complaint.

**Answering Papers:**          Pursuant to the Court's order, opposing papers are to be served by April 27, 2026 and any reply by defendants by May 12, 2026.

DATED:          Albany, New York
                March 30, 2026

**GOLDBERG SEGALLA LLP**

By:          _____
             Jonathan M. Bernstein, Esq.
             Bar Roll No. 512457
             *Attorneys for Defendant*
             *Kevin M. MacKay*
             8 Southwoods Blvd., Ste. 300
             Albany, New York 12211
             (518) 463-5400
             jbernstein@goldbergsegalla.com

TO:     Patrick Fleming
        *pro se Plaintiff*
        406 Saratoga Lane
        Fishkill, New York 12524
        (845) 475-8383
        pfReal@gmail.com

        **DRAKE LOEB PLLC**
        Adam Rodd, Esq.
        *Attorneys for Defendants*
        *Town of East Fishkill, The East Fishkill*
        *Police Department, Chief Christopher Bellino,*
        *Sgt. Justino Bermudez, PO Bret A. Finlancia,*
        *Sgt. Alexander J. Humphreys, PO Matthew C. Malican,*
        *Lt. Gregory M. Stanis, PO Albert J. Tauron,*
        *PO Brendan J. White and Chief of Police Derrick*
        W. Cuccia
        555 Hudson Valley Avenue
        Suite 100
        New Windsor, New York 12553
        (845) 561-0550
        arodd@drakeloeb.com

55714082.v1

**SOKOLOFF STERN LLP**
Kimberly Hunt Lee, Esq.
*Attorneys for Defendants*
*County of Dutchess, New York, Sheriff Kirk A.*
*Imperati, Detective James G. Flanagan and Sgt.*
*Jonathan T. Snowdon*
80 Washington Street
Suite 100
Poughkeepsie, New York 12601
(845) 249-2420
klee@sokoloffstern.com

**THE LAW OFFICE OF KEVIN ROSENBERG PLLC**
Kevin Jared Rosenberg, Esq.
*Attorneys for Defendant*
*Jeanine A. DeVall*
8 N. Front Street
Suite 1102
Kingston, New York 12547
(845) 527-4474
Kevin@kjrlawfirm.com

55714082.v1