UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK FLEMING,

**ATTORNEY
DECLARATION**

Plaintiff,

-against-

Case No.: 7:25-cv-08734

TOWN OF EAST FISHKILL, ET. Al.,

Defendants.

**DECLARATION OF JONATHAN M. BERNSTEIN IN SUPPORT**

**JONATHAN M. BERNSTEIN,** declares under penalty of perjury and pursuant to 17 USC sec. 1746:

1.     I am an attorney and counselor at law admitted to practice in the State of New York and in the United States District Court for the Southern District of New York, and am a partner of Goldberg Segalla, LLP, attorneys for defendant Kevin M. MacKay (hereinafter "Defendant").

2.     This attorney declaration is submitted in support of Defendant's motion for dismissal of the First Amended Complaint due to lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and failure to state a claim and statute of limitations, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, with such other and further relief that the Court deems just and proper, including striking punitive damages from the First Amended Complaint.

3.     The following exhibits are attached:

Exhibit A – First Amended Complaint (Dkt. No.31)

Exhibit B– Order of Dismissal for Fleming's Petition for Order of Protection (9.26.2022)

55774579.v1

Exhibit C – Temporary Order of Custody and Visitation (11.10.2022)

Exhibit D – Temporary Order of Protection (11.16.2022)

Exhibit E – Counter-Proposed Order of Support (1.17.2023)

Exhibit F – Amended and Extended Temporary Order of Protection Against Fleming (3.31.2023)

Exhibit G – Violation Petition of the TOP against Fleming (6.30.2023) with Exhibits (TOP 3.31.2023, Text Messages 5.18.2023-6.15-2023)

Exhibit H – Decision and Order on Mot. Seq. 1 by Fleming to dismiss Family Offense Petition (8.4.2023), MacKay's Affirmation in Opposition with Exhibits (FOP 11.16.2022, Incident Report 11.1.2022, TOP 3.31.2023, Incident Report 11.1.2022) Fleming's Affirmation in Reply with Exhibits (East Fishkill Sanitation Services, TalkingParents Record 4.12.2023-5.19.2023, Rockman Millwork Quotation/Proposal, Stage Door Building Supplies Invoice, Cabinet Conceptions Quote, Espinoza Drywall Inc. Invoice, Emails, Domestic Incident Report 10.27.2022, Attorney General Guidance Unlawful Evictions RPAPL768)

Exhibit I – Amended and Extended Temporary Order of Protection Against Fleming (8.15.2023)

Exhibit J – Extended Temporary Order of Protection (2.20.2024)

Exhibit K – Decision and Order on Fleming's Omnibus Motion (4.8.2024)

Exhibit L – Extended Temporary Order of Protection (8.5.2024)

Exhibit M – Disclosure Order prior to trial (8.13.2024)

Exhibit N – Extended Temporary Order of Protection (4.22.2025)

Exhibit O – Decision and Order on Fleming's motion for mistrial (7.24.2025), Fleming's Affirmation in Support of his Order to Show Cause, MacKay's Affirmation in Opposition to Fleming's OSC

Exhibit P – Decision and Order on Mot. Seq. 9, Fleming's Request for Issuance of 27 Subpoenas and Subpoenas Duces Tecum (8.28.2025)

Exhibit Q – Order on Mot. Seq. 7 and 11, Fleming's Motion to Adjourn, Compel Disclosure, Strike Upcoming Court Rate, Disqualify MacKay as Counsel, and Grant Sole Custody (9.23.2025)

55774579.v1

Exhibit R – Extended Temporary Order of Protection (11.18.25), Order to Show Cause to reinstate TOP (11.10.2025), Fleming's Affidavit in Opposition (11.14.2025) with Exhibits (Petition to Reinstate TOP 11.4.2025, TOP 4.22.2025, Text Messages)

Exhibit S – Disclosure Order prior to trial (12.4.2025)

Exhibit T – Decision and Order on Mot, Seq. 12 by Fleming to dismiss Order to Show Cause (1.12.2026), Fleming's MOL in Support of Cross-Motion to Dismiss (11.17.2025), Fleming's Reply Affirmation in Further Support (11.17.2025) with Exhibits (TOP 4.22.2025, Affidavit in Support/MOL of Fleming's Omnibus Motion, Emails 11.14.2025-11.16.2025)

Exhibit U – Lexis Case Law

Exhibit V – Decision and Order on Motion for leave to appeal ten orders of the Family Court, Dutchess County by Appellate Division, Second Judicial Department (dated 4.8.2024, 11.16.2022, 9.26.2022, 11.9.2023, 8.15.2023, 8.4.2023, 3.31.2023, 11.10.2022, 2.20.2024, and 1.17.2023).

**WHEREFORE,** moving defendant's motion for dismissal due to lack of subject matter jurisdiction, pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure, and failure to state a claim and statute of limitations, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, should be granted dismissing the First Amended Complaint, with prejudice and on the merits, with such other and further relief that the Court deems just and proper, including striking punitive damages from the First Amended Complaint.

Dated:  Albany, New York
         March 30, 2026

                                                          Jonathan M. Bernstein

55774579.v1