UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK FLEMING,

|  |  |
|---|---|
| Plaintiff, | **NOTICE OF MOTION** |
| -against- | Case No. 7:25-cv-08734 (NSR) |

TOWN OF EAST FISHKILL; EAST FISHKILL
POLICE DEPARTMENT ("EFPD"); Officers
in their individual and official capacities, including:
CHRISTOPHER BELLINO, former Chief of
Police; DERRICK W. CUCCIA, Chief of Police;
JUSTINO BERMUDEZ, Sgt.; BRET A.
FINLANCIA, Officer; ALEXANDER J.
HUMPHREYS, Sgt.; MATTHEW C. MALICAN,
Officer; GREGORY M. STANIS, Lt.; ALBERT J.
TAURONE, Officer; BRENDAN J. WHITE,
Officer; and John/Jane Does 1–10; COUNTY OF
DUTCHESS; DUTCHESS COUNTY SHERIFF'S
OFFICE ("DCSO"); DCSO Deputies in
their individual and official capacities, including:
JAMES G. FLANAGAN, Det.; KIRK A.
IMPERATI, Sheriff; JONATHAN T. SNOWDON,
Sgt.; and John/Jane Does 11–20;
JEANINE A. DEVALL, private actor;
KEVIN M. MACKAY, private actor;

Defendants.

Motion by: Plaintiff, Patrick Fleming, pro se

Supporting Papers: Consolidated Memorandum of Law in Opposition to Defendants Motions to

Nature of Action:  Civil Rights

Relief Demanded:  The denial of Defendants' Motions to Dismiss except to the limited extent
Plaintiff voluntarily narrows or withdraws certain claims as set forth herein.

Plaintiff respectfully requests that the Court:

1.  Deny dismissal of Plaintiff's remaining § 1983 claims;

2.  Deny dismissal of Plaintiff's Monell claims;

3.  Deny dismissal of Plaintiff's joint-action allegations against DeVall and MacKay;

4.  Deny dismissal of Plaintiff's Judiciary Law § 487 claim;

5.  Permit discovery to proceed; and

6. Grant such other and further relief as the Court deems just and proper.

Dated: May 18, 2026
Fishkill, New York

By: _____

**Patrick Fleming**, Plaintiff *pro se*
406 Saratoga Lane
Fishkill, New York 12524
(845) 475-8383
pfReal@gmail.com

TO:

DRAKE LOEB PLLC
Adam Rodd, Esq.
Attorneys for Defendants
Town of East Fishkill, The East Fishkill Police Department, Chief Christopher Bellino, Sgt.
Justino Bermudez, PO Bret A. Finlancia, Sgt. Alexander J. Humphreys, PO Matthew C. Malican,
Lt. Gregory M. Stanis, PO Albert J. Tauron, PO Brendan J. White and Chief of Police Derrick
W. Cuccia
555 Hudson Valley Avenue, Suite 100
New Windsor, New York 12553
 (845) 561-0550
arodd@drakeloeb.com


SOKOLOFF STERN LLP
Kimberly Hunt Lee, Esq.
Attorneys for Defendants
County of Dutchess, New York, Sheriff Kirk A. Imperati, Detective James G. Flanagan and Sgt.
Jonathan T. Snowdon
80 Washington Street, Suite 100
Poughkeepsie, New York 12601
(845) 249-2420
klee@sokoloffstern.com

THE LAW OFFICE OF KEVIN ROSENBERG PLLC
Kevin Jared Rosenberg, Esq.
Attorneys for Defendant Jeanine A. DeVall
8 N. Front Street Suite 1102
Kingston, New York 12547
 (845) 527-4474
Kevin@kjrlawfirm.com

Jonathan M. Bernstein, Esq.
Bar Roll No. 512457
*Attorneys for Defendant*
*Kevin M. MacKay*
8 Southwoods Blvd., Ste. 300
Albany, New York 12211
(518) 463-5400
jbernstein@goldbergsegalla.com