UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------------X

PATRICK FLEMING,

                                        Plaintiff,

-against-

TOWN OF EAST FISHKILL;
EAST FISHKILL POLICE DEPARTMENT ("EFPD");
EFPD Officers in their individual and official capacities including:
CHRISTOPHER BELLINO, Former Chief of Police;
DERRICK W. CUCCIA, Chief of Police;
JUSTINO BERMUDEZ, Sgt.;
BERT A. FINLANCIA, Officer;
ALEXANDER J. HUMPHREYS, Sgt.;
MATTHEW C. MALICAN, Officer;
GREGORY M. STANIS, Lt.;
ALBERT J. TAURONE, Officer;
BRENDAN J. WHITE, Officer;
and John/Jane Does 1-10;

COUNTY OF DUTCHESS;
DUTCHESS COUNTY SHERIFF'S OFFICE ("DCSO");
DCSO Deputies in their individual and official capacities, including:
JAMES G. FLANAGAN, Det.;
KIRK A. IMPERATI, Sheriff;
JONATHAN T. SNOWDON, Sgt.; and John/
Jane Does 11-20;

JEANINE A. DEVALL, private actor;
KEVIN M. MACKAY, private actor,

                                        Defendants.

-----------------------------------------------------------------------------X

Hon. Nelson S. Roman

**NOTICE OF MOTION**

Case No.: 25-cv-08734 (NSR)

| MOVING PARTY: | Defendants, TOWN OF EAST FISHKILL, EAST FISHKILL POLICE DEPARTMENT, CHRISTOPHER BELLINO, DERRICK W. CUCCIA, JUSTINO BERMUDEZ, BERT A. FINLANCIA, ALEXANDER J. HUMPHREYS, MATTHEW C. MALICAN, GREGORY M. STANIS, ALBERT J. TAURONE and BRENDAN J. WHITE |
| --- | --- |

ALR/ev                                    08977-74485                                    1419156

SUBMISSION SCHEDULE:               Defendants' Service of Motion:

                                   April 2, 2026

                                   Plaintiff's Service of Opposition Papers:

                                   May 18, 2026

                                   Defendants' Service of Reply Papers:

                                   June 1, 2026

SUPPORTING PAPERS:                 Attorney's Declaration of Adam L. Rodd,
                                   with Exhibits, and Memorandum of Law

RELIEF REQUESTED:                  An Order dismissing the Plaintiff's First
                                   Amended Complaint pursuant to FRCP
                                   12(b)(1) and (6).

Dated: New Windsor, New York
       April 2, 2026


                                   Yours, etc.,

                                   DRAKE LOEB PLLC

                          By:      _____
                                   ADAM L. RODD, ESQ.
                                   *Attorneys for Defendants,*
                                   *TOWN OF EAST FISHKILL, EAST FISHKILL*
                                   *POLICE DEPARTMENT CHRISTOPHER*
                                   *BELLINO,* DERRICK W. CUCCIA, *JUSTINO*
                                   *BERMUDEZ, BERT A. FINLANCIA, ALEXANDER*
                                   *J. HUMPHREYS, MATTHEW C. MALICAN,*
                                   *GREGORY M. STANIS, ALBERT J. TAURONE and*
                                   *BRENDAN J. WHITE*
                                   555 Hudson Valley Avenue, Suite 100
                                   New Windsor, New York 12553
                                   Tel. No.: (845) 561-0550
                                   Email: arodd@drakeloeb.com

ALR/ev                                    08977-74485                                    1419156

TO:     PATRICK FLEMING
        *Pro Se Plaintiff*
        406 Saratoga Lane
        Fishkill, New York 12524
        Email: pfReal@gmail.com

        Kevin Jared Rosenberg, Esq.
        The Law Office of Kevin Rosenberg PLLC
        *Attorney for DeVall*
        8 N. Front Street
        Suite 1102
        Kingston, New York 12547
        Kevin@kjrlawfirm.com

        Kimberly Hunt Lee, Esq.
        Sokoloff Stern LLP
        *Attorney for County of Dutchess,*
        *Dutchess County Sheriffs Office,*
        *Imperati, Flanagan and Snowdon*
        80 Washington Street
        Suite 100
        Poughkeepsie, New York 12601
        klee@sokoloffstern.com

        Jonathan M. Bernstein, Esq.
        Goldberg Segalla LLP
        *Attorney for MacKay*
        8 Southwoods Blvd., Ste. 300
        Albany, New York 12211
        jbernstein@goldbergsegalla.com