**LAW OFFICE OF KEVIN ROSENBERG PLLC**
8 N. Front Street, Suite 1102
Kingston, NY 12401
845-527-4474
Kevin@kjrlawfirm.com
Attorney for Ms. Jeanine DeVall

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| In re: | : | |
| PATRICK FLEMING, | : | CASE NO.: 7:25-cv-08734-NSR |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| TOWN OF EAST FISHKILL; EAST FISHKILL | : | |
| POLICE DEPARTMENT; INDIVIDUAL EFPD | : | |
| OFFICERS; COUNTY OF DUTCHESS; | : | |
| DUTCHESS COUNTY SHERIFF'S OFFICE; | : | |
| INDIVIDUAL DCSO DEPUTIES; | : | |
| JEANINE A. DEVALL; and | : | |
| KEVIN M. MACKAY, | : | |

---

### NOTICE OF DEFENDANT JEANINE A. DEVALL'S
### <u>MOTION TO DISMISS</u>

Please take notice that upon the accompanying Memorandum of Law, and all prior pleadings and proceedings, Defendant Jeanine A. DeVall ("Ms. DeVall") will move this Court, at a date and time to be set by the Court, for an order for an order pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6) dismissing all claims against Ms. DeVall with prejudice, and granting such other and further relief as the Court deems just and proper.

Dated: April 2, 2026
  Kingston, NY

     Very Respectfully,

     *Kevin J. Rosenberg*
     _____
     Kevin J. Rosenberg, Esq.
     Kevin Rosenberg PLLC
     Attorney for Jeanine DeVall
     8 N. Front St. Suite 1102
     Kingston, NY 12401
     (845) 527-4474

TO:    Patrick Fleming
*pro se Plaintiff*
406 Saratoga Lane
Fishkill, New York 12524
(845) 475-8383
pfReal@gmail.com

**DRAKE LOEB PLLC**
Adam Rodd, Esq.
*Attorneys for Defendants*
*Town of East Fishkill, The East Fishkill*
*Police Department, Chief Christopher Bellino,*
*Sgt. Justino Bermudez, PO Bret A. Finlancia,*
*Sgt. Alexander J. Humphreys, PO Matthew C. Malican,*
*Lt. Gregory M. Stanis, PO Albert J. Tauron,*
*PO Brendan J. White and Chief of Police*
*Derrick W. Cuccia*
555 Hudson Valley Avenue
Suite 100
New Windsor, New York 12553
(845) 561-0550
arodd@drakeloeb.com

**SOKOLOFF STERN LLP**
Kimberly Hunt Lee, Esq.
*Attorneys for Defendants*
*County of Dutchess, New York, Sheriff Kirk A. Imperati,*
*Detective James G. Flanagan and Sgt. Jonathan T. Snowdon*
80 Washington Street
Suite 100
Poughkeepsie, New York 12601
(845) 249-2420
klee@sokoloffstern.com

**GOLDBER SEGALLA LLP**
Jonathan M. Bernstein, Esq.
*Attorneys for Defendant Kevin M. MacKay*
8 Southwoods Blvd.,
Suite 300
Albany, New York 12211
(518) 463-5400
jbernstein@goldbergsegalla.com