PATRICK FLEMING
406 SARATOGA LN · FISHKILL · NY · 12524

**July 27, 2026**

**VIA ECF - URGENT LETTER-MOTION**
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601
RomanNYSDChambers@nysd.uscourts.gov

**Re:**    *Patrick Fleming v. Town of East Fishkill, et al.*
No. 7:25-cv-08734 (NSR)
**Emergency request for brief abeyance and limited supplemental filing**

Dear Judge Román:

Plaintiff Patrick F. Fleming, proceeding pro se, respectfully requests that the Court hold the four pending Rule 12 motions in abeyance and permit Plaintiff, by August 8, 2026, to file a supplemental memorandum not exceeding ten pages, a declaration, and limited exhibits. In the alternative, Plaintiff requests that disputed matters outside the pleadings not be considered under Rule 12(b)(6).

Defendant MacKay's response relies extensively on an extra-pleading chronology and approximately 284 pages of materials outside the First Amended Complaint ("FAC"), asserting that the November 16, 2022 Temporary Order of Protection ("TOP") caused Plaintiff's exclusion from his residence. The FAC, however, alleges that the initial lockout began in September 2022, followed by exclusionary conduct and numerous pre-TOP interactions among MacKay, DeVall, EFPD, and DCSO. See FAC ¶¶ 45, 47, 52–67, 88–90. In addition, MacKay's Local Civil Rule 12.1 notice stated that the full text of Rule 56 was attached, but no such attachment was provided.

The proposed supplement would be limited to: (1) the disputed chronology; (2) the Supreme Court's intervening June 18, 2026 decision in *T. M. v. University of Maryland Medical System Corp.*, No. 25-197; and (3) clarification that Plaintiff withdrew only those claims expressly identified as withdrawn.

Plaintiff acted promptly upon recognizing that disputed historical assertions might be considered under Rule 12(b)(1). No discovery has occurred, no decision has issued, and the brief extension would not disturb any schedule or materially prejudice Defendants. This is Plaintiff's first request for this relief.

Defendants' positions are as follows:
- MacKay objects in part and consents in part. (Email from counsel J. Bernstein attached)
- The remaining Defendant's have not taken a position or declined to respond.

Respectfully submitted,

**Patrick Fleming**
Plaintiff Pro Se
P  845.4785.8383 · PFREAL@GMAIL.COM

**cc:**    All counsel of record (via ECF/email)