Gmail                                                    **Patrick Fleming <pfreal@gmail.com>**

## RE: Letter-Motion Position in re Patrick Fleming v. Town of East Fishkill, et al - Case No. 7:25-cv-08734

1 message

**Bernstein, Jonathan M.** <jbernstein@goldbergsegalla.com>                Mon, Jul 27, 2026 at 1:37 PM
To: pfreal <pfreal@gmail.com>, "Adam L. Rodd" <arodd@drakeloeb.com>, Kimberly Hunt Lee <klee@sokoloffstern.com>, "pbiging@goldbergsegalla.co" <pbiging@goldbergsegalla.co>, Kevin Rosenberg <kevin@kjrlawfirm.com>
Cc: "Marx, Abigail J. (Abby)" <AMarx@goldbergsegalla.com>

Dear Mr. Fleming,

I object in part.  Briefing in this case is closed. The motion papers were filed on the docket on June 1, 2026.

I see no good reason for additional briefing as to all of the arguments and facts presented in the motion.

However, I do consent to further briefing only as to the implications of *T. M. v. University of Maryland Medical System Corp.* since

that decision was issued by the Supreme Court on June 18, 2026, after the briefing closed.  I consent to only briefing on the implications

of that decision on the Rooker-Feldman argument presented in the motion papers.  That consent is contingent upon an opportunity to respond.

Best,

Jonathan

Jonathan M. Bernstein, Esq.

Partner

**DIRECT** 518.935.4240 | **CELL** 518.894.4667

**EMAIL** jbernstein@goldbergsegalla.com | website bio | goldbergsegalla.com

8 Southwoods Boulevard, Suite 300, Albany,  NY 12211-2364

**FAX** 518.463.5420