PATRICK FLEMING

406 SARATOGA LN · FISHKILL · NY · 12524

MEMO ENDORSED

**July 27, 2026**

**VIA ECF - URGENT LETTER-MOTION**
Hon. Nelson S. Román
The Hon. Charles L. Brieant Jr.
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, New York 10601
RomanNYSDChambers@nysd.uscourts.gov

Plaintiff's request to hold the pending Rule 12 motions in abeyance and for leave to file supplemental briefing is DENIED. The motions will be decided on the existing briefing. The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 86

Dated: July 28, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge

**Re:**    *Patrick Fleming v. Town of East Fishkill, et al.*
       No. 7:25-cv-08734 (NSR)
       **Emergency request for brief abeyance and limited supplemental filing**

Dear Judge Román:

       Plaintiff Patrick F. Fleming, proceeding pro se, respectfully requests that the Court hold the four pending Rule 12 motions in abeyance and permit Plaintiff, by August 8, 2026, to file a supplemental memorandum not exceeding ten pages, a declaration, and limited exhibits. In the alternative, Plaintiff requests that disputed matters outside the pleadings not be considered under Rule 12(b)(6).

       Defendant MacKay's response relies extensively on an extra-pleading chronology and approximately 284 pages of materials outside the First Amended Complaint ("FAC"), asserting that the November 16, 2022 Temporary Order of Protection ("TOP") caused Plaintiff's exclusion from his residence. The FAC, however, alleges that the initial lockout began in September 2022, followed by exclusionary conduct and numerous pre-TOP interactions among MacKay, DeVall, EFPD, and DCSO. See FAC ¶¶ 45, 47, 52–67, 88–90. In addition, MacKay's Local Civil Rule 12.1 notice stated that the full text of Rule 56 was attached, but no such attachment was provided.

       The proposed supplement would be limited to: (1) the disputed chronology; (2) the Supreme Court's intervening June 18, 2026 decision in *T. M. v. University of Maryland Medical System Corp.*, No. 25-197; and (3) clarification that Plaintiff withdrew only those claims expressly identified as withdrawn.

       Plaintiff acted promptly upon recognizing that disputed historical assertions might be considered under Rule 12(b)(1). No discovery has occurred, no decision has issued, and the brief extension would not disturb any schedule or materially prejudice Defendants. This is Plaintiff's first request for this relief.

       Defendants' positions are as follows:

- MacKay objects in part and consents in part. (Email from counsel J. Bernstein attached)
- The remaining Defendant's have not taken a position or declined to respond.

Respectfully submitted,

**Patrick Fleming**
Plaintiff Pro Se
P  845.4785.8383 · PFREAL@GMAIL.COM

**cc:**    All counsel of record (via ECF/email)

 Gmail

**Patrick Fleming <pfreal@gmail.com>**

## RE: Letter-Motion Position in re Patrick Fleming v. Town of East Fishkill, et al - Case No. 7:25-cv-08734

1 message

---

**Bernstein, Jonathan M.** <jbernstein@goldbergsegalla.com>                Mon, Jul 27, 2026 at 1:37 PM
To: pfreal <pfreal@gmail.com>, "Adam L. Rodd" <arodd@drakeloeb.com>, Kimberly Hunt Lee <klee@sokoloffstern.com>, "pbiging@goldbergsegalla.co" <pbiging@goldbergsegalla.co>, Kevin Rosenberg <kevin@kjrlawfirm.com>
Cc: "Marx, Abigail J. (Abby)" <AMarx@goldbergsegalla.com>

---

Dear Mr. Fleming,

I object in part.  Briefing in this case is closed. The motion papers were filed on the docket on June 1, 2026.

I see no good reason for additional briefing as to all of the arguments and facts presented in the motion.

However, I do consent to further briefing only as to the implications of *T. M. v. University of Maryland Medical System Corp.* since

that decision was issued by the Supreme Court on June 18, 2026, after the briefing closed.  I consent to only briefing on the implications

of that decision on the Rooker-Feldman argument presented in the motion papers.  That consent is contingent upon an opportunity to respond.

Best,

Jonathan

Jonathan M. Bernstein, Esq.

Partner

**DIRECT** 518.935.4240 | **CELL** 518.894.4667

**EMAIL** jbernstein@goldbergsegalla.com | website bio | goldbergsegalla.com

8 Southwoods Boulevard, Suite 300, Albany,  NY 12211-2364

**FAX** 518.463.5420